# United States Court of Appeals
# for the Federal Circuit

---

March 2, 2011

**ERRATA**

---

2009-1450, -1451, -1452, -1468, -1469, 2010-1017

IN RE KATZ INTERACTIVE CALL PROCESSING
PATENT LITIGATION

---------------------------------------------------------------------------

RONALD A. KATZ TECHNOLOGY LICENSING LP,
*Plaintiff-Appellant,*

**v.**

AMERICAN AIRLINES, INC.,
*Defendant-Appellee,*

and

FEDEX CORPORATE SERVICES, INC., FEDEX
CORPORATION, FEDEX CUSTOMER INFORMATION
SERVICES, INC., AND FEDERAL EXPRESS
CORPORATION,
*Defendants-Appellees,*

and

DHL EXPRESS (USA), INC., DHL HOLDINGS (USA),
INC., AND SKY COURIER, INC.,
*Defendants-Appellees,*

and

U.S. BANCORP AND U.S. BANK NATIONAL
ASSOCIATION,
*Defendants-Appellees,*

and

TIME WARNER CABLE, INC., TIME WARNER
ENTERTAINMENT COMPANY, L.P.,
TIME WARNER NY CABLE LLC, AOL, LLC,
COMPUSERVE INTERACTIVE
SERVICES, INC., NETSCAPE COMMUNICATIONS
CORP., CHARTER COMMUNICATIONS
ENTERTAINMENT I LLC, CHARTER
COMMUNICATIONS HOLDING COMPANY LLC,
CHARTER COMMUNICATIONS OPERATING LLC,
AND CHARTER COMMUNICATIONS, INC.,
*Defendants,*

and

CSC HOLDINGS, INC. (NOW KNOWN AS CSC
HOLDINGS, LLC), CABLEVISION SYSTEMS
CORPORATION, CABLEVISION SYSTEMS NEW YORK
CITY CORPORATION, CABLEVISION OF
BROOKHAVEN, INC., CABLEVISION OF
CONNECTICUT CORPORATION, CABLEVISION OF
HUDSON COUNTY, INC., CABLEVISION OF
LITCHFIELD, INC., CABLEVISION OF MONMOUTH,
INC., CABLEVISION OF NEW JERSEY, INC.,
CABLEVISION OF OAKLAND LLC, AND
CABLEVISION OF ROCKLAND/RAMAPO LLC,
*Defendants-Appellees,*

and

TDS METROCOM LLC, TDS TELECOMMUNICATIONS
CORPORATION, AND UNITED STATES CELLULAR
CORPORATION,
*Defendants.*

Decided: February 18, 2011
Precedential Opinion
————————————

Please make the following change:

Page 1, correct attorneys name "Karan F. Stoll" to "Kara
F. Stoll"